IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELUME CORPORATION TRUST, and DENNY FOY, SHAWN GRADY and MARIE HOCHSTEIN, TRUSTEES,<br><br>Plaintiffs,<br><br>v.<br><br>GE LIGHTING SOLUTIONS, LLC<br><br>Defendant. | Civil Action No.:<br><br><br>**DEMAND FOR JURY TRIAL** |

## **COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs Relume Corporation Trust and Denny Foy, Shawn Grady and Marie Hochstein, Trustees of the Relume Corporation Trust (collectively "RCT") complain of Defendant GE Lighting Solutions, LLC ("GE Lighting Solutions") as follows:

### NATURE OF LAWSUIT

1. This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

### THE PARTIES

2. Denny Foy ("Foy") is a resident of the State of Arizona who resides in Phoenix, Arizona.

3. Shawn Grady ("Grady") is a resident of the State of Michigan who resides in Okemos, Michigan.

4. Marie Hochstein is a resident of the State of Michigan who resides in Troy, Michigan, and is the successor trustee to the late Peter Hochstein with respect to the Relume Corporation Trust.

5. Relume Corporation Trust is a trust governed by and construed in accordance

with the laws of the State of Michigan.

6. Relume Corporation Trust owns all right, title and interest in United States Patent No. RE 42,161 E, entitled "Power Supply for Light Emitting Diode Array," which issued on February 22, 2011 (the "'161 Patent") (a true and correct copy of the Patent is attached as Exhibit A), and is a reissue of United States Patent No. 5,661,645, entitled "Power Supply for Light Emitting Diode Array," which issued on August 26, 1997 (the "'645 Patent").

7. Through the authority of a valid agreement and declaration of trust dated June 1, 2009, Foy and Grady became and remain trustees of Relume Corporation Trust, and Peter Hochstein as well, now deceased, became a trustee of Relume Corporation Trust.

8. Following the death of Peter Hochstein, Marie Hochstein was appointed successor trustee to Peter Hochstein for the Relume Corporation Trust and remains as successor trustee at this time.

9. As trustees of Relume Corporation Trust, Foy, Grady and Marie Hochstein have the right to bring suit for infringement of the '161 Patent.

10. Defendant GE Lighting Solutions, LLC is a Delaware Limited Liability Company having its principal place of business located at 1975 Noble Road 338E, East Cleveland, Ohio, 44112. GE Lighting Solutions is a designer, developer, manufacturer and seller of light emitting diode (LED) lighting systems and solutions.

## JURISDICTION AND VENUE

11. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §§ 1331 and 1338(a).

12. GE Lighting Solutions conducts business in this judicial district including, at least, offering for sale the products accused of infringement herein to residents of this judicial

district through various distributors including, but not limited to, General Highway Products Inc. located in nearby Broomall, Pennsylvania, and Traffic Products located in nearby Malvern, Pennsylvania. GE Lighting Solutions is doing business in this judicial district, has purposefully availed itself of the privilege of conducting business with residents of this judicial district, and has established sufficient minimum contacts with the State of Delaware such that it should reasonably and fairly anticipate being brought into court in Delaware.

13.     This Court also has personal jurisdiction over GE Lighting Solutions by virtue of GE Lighting Solutions' status as a Delaware Limited Liability Company with a Delaware registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801.

14.     Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(d) and 1400(b).

## CLAIM FOR PATENT INFRINGEMENT

15.     Plaintiffs repeat and incorporate by reference the allegations contained in paragraphs 1 through 14 as if fully restated herein.

16.     GE Lighting Solutions has a line of products called GTx LED Signal Modules.

17.     GE Lighting Solutions makes its GTx LED Signal Modules.

18.     GE Lighting Solutions uses its GTx LED Signal Modules.

19.     GE Lighting Solutions offers to sell its GTx LED Signal Modules.

20.     GE Lighting Solutions sells its GTx LED Signal Modules.

21.     GE Lighting Solutions imports its GTx LED Signal Modules.

22.     GE Lighting Solutions' GTx LED Signal Modules were designed to replace incandescent lamps in round traffic signal applications.

23.     GE Lighting Solutions' GTx LED Signal Modules have an electrical input for

coupling to a source of alternating current (AC) line voltage.

24. GE Lighting Solutions' GTx LED Signal Modules have a rectifier.

25. GE Lighting Solutions' GTx LED Signal Modules have a power supply.

26. GE Lighting Solutions' GTx LED Signal Modules have a plurality of LEDs.

27. GE Lighting Solutions' GTx LED Signal Modules have a power supply for powering LEDs.

28. The GE Lighting Solutions GTx LED Signal Modules' power supplies are switchmode power supplies.

29. GE Lighting Solutions' GTx LED Signal Modules are compliant with the Institute of Transportation Engineers "Vehicle Traffic Control Signal Heads: Light Emitting Diode (LED) Circular Signal Supplement" ("ITE VTCSH LED Circular Signal Supplement"), June 2005, Section 5.6, Controller Assembly Compatibility.

30. The ITE VTCSH LED Circular Signal Supplement, June 2005, Section 5.6.1 provides that "The current draw shall be sufficient to ensure compatibility and proper triggering and operation of load current switches and conflict monitors in signal controller units."

31. The ITE VTCSH LED Circular Signal Supplement, June 2005, Section 5.6.2 provides that "Off State Voltage Decay: When the module is switched from the on state to the off state the terminal voltage shall decay to a value less than 10 VAC RMS in less than 100 milliseconds when driven by a maximum allowed load switch leakage current of 10 milliamps peak (7.1 milliamps AC)."

32. GE Lighting Solutions' GTx LED Signal Modules have conflict monitor compatibility circuitry.

33. GE Lighting Solutions' GTx LED Signal Modules' conflict monitor compatibility circuitry includes a transistor biased as a switch to switch in a low impedance load in the presence of leakage current from a roadside traffic controller switch.

34. GE Lighting Solutions generates revenue and profits from its sales of GTx LED Signal Modules.

35. GE Lighting Solutions has infringed and continues to infringe at least claims 24, 25, 26 and 31 of the '161 Patent within the meaning of 35 U.S.C. § 271(a) through the foregoing activities including, without limitation, making, using, selling, offering to sell and importing into the United States the GTx LED Signal Modules line of products including, without limitation, GE Lighting Solutions Model No. DR4-RTFB-17A, and other signal modules with different model names or numbers but with the same or substantially the same designs, features and functionalities as Model No. DR4-RTFB-17A (the "Accused GE Lighting Solutions Products"), such as its switchmode power supply for powering LEDs and its conflict monitor compatibility circuitry.

36. To the extent required by law, RCT has complied with the provisions of 35 U.S.C. § 287 with respect to the '161 Patent.

37. GE Lighting Solutions' direct infringement of the '161 Patent by making, using, selling, offering to sell and importing into the United States the Accused GE Lighting Solutions Products has injured RCT and RCT is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff RCT respectfully asks this Court to enter judgment against Defendant GE Lighting Solutions and against each of its subsidiaries, successors, parents,

affiliates, officers, directors, agents, servants, employees, and all persons in active concert or participation with them, granting the following relief:

      A.  The entry of judgment in favor of Plaintiff RCT and against Defendant GE Lighting Solutions;

      B.  An award of damages as to Defendant GE Lighting Solutions adequate to compensate Plaintiff RCT for the infringement that has occurred, but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284, together with prejudgment interest from the date the infringement began;

      C.  A finding that this case is exceptional and an award to Plaintiff RCT of its reasonable attorneys' fees and costs as provided by 35 U.S.C. § 285; and

      D.  Such other relief that RCT is entitled to under law, and any other and further relief that this Court or a jury may deem just and proper.

## JURY DEMAND

RCT demands a trial by jury on all issues presented in this Complaint.

Respectfully submitted,

*Of Counsel:*

/s/ George Pazuniak
George Pazuniak (DE Bar No. 00478)
PAZUNIAK LAW OFFICE
1201 Orange Street,
7th floor, Suite 7114
Wilmington, DE 19801
Phone: (302) 478-4230
GP@del-iplaw.com

Timothy J. Haller
Brian E. Haan
Daniel R. Ferri
NIRO, HALLER & NIRO, LTD.
181 W. Madison St., Ste. 4600
Chicago, IL 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
haller@nshn.com
bhaan@nshn.com
dferri@nshn.com

Robert P. Greenspoon
FLACHSBART & GREENSPOON, LLC
333 N. Michigan Ave., 27th Floor
Chicago, IL 60601
Phone: (312) 551-9500
Fax: (312) 551-9501
rpg@fg-law.com

*Attorneys for Plaintiffs Relume Corporation Trust and Denny Foy, Shawn Grady and Marie Hochstein, Trustees*

Dated: July 12, 2012